# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MAURICE DAVON ROBINS, | No. CV 12-9298-JFW (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| R.T.C. GROUNDS, Warden, | |
| Respondent. | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 1/12/15

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE